UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,              )
                                       )
    Plaintiff,                         )
                                       )  Case No. 05-439-M
    v.                                 )
                                       )
CHRISTOPHER JAMES WITHAM,              )  DETENTION ORDER
                                       )
    Defendant.                         )
_____)

Offense charged:

Possession of visual depictions of minors engaged in sexually explicit conduct in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

Date of Detention Hearing: October 13, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant has failed to appear in a court of law on five separate occasions.

(2)   Defendant has ignored several orders of the Court and failed to comply with the terms and conditions therein.

(3)   Defendant has previously had his probation revoked because of failure to comply.

(4)   There are substantial issues outstanding relating to possible housing arrangements for defendant.

(5)   Defendant has a history of substance abuse.

(6) Defendant has a prior conviction for a similar offense for which he is now charged.

(7) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings and ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of October, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge